IN THE SUPREME COURT OF THE STATE OF DELAWARE

IN THE MATTER OF A MEMBER   §
OF THE BAR OF THE SUPREME   § No. 533, 2017
COURT OF THE STATE OF   §
DELAWARE:   § ODC File No. 112854-B
  §
WHEELER K. NEFF,   §
  §
      Respondent.   §

Submitted: December 13, 2017
Decided: December 19, 2017

Before **VAUGHN**, **SEITZ**, and **TRAYNOR**, Justices.

## **O R D E R**

This 19th day of December 2017, the Court has considered the Stipulation of Interim Suspension filed by the Office of Disciplinary Counsel and Wheeler K. Neff, Esquire ("the Respondent"), a lawyer subject to the disciplinary jurisdiction of the Court. There is sufficient evidence reflecting that the Respondent has been charged with and found guilty of criminal offenses.

NOW, THEREFORE, IT IS HEREBY ORDERED THAT:

(1) The Respondent is immediately suspended from the practice of law in this State pending the disposition of this matter under the Delaware Lawyers' Rules of Disciplinary Procedure ("DLRDP").

(2) During the period of interim suspension, the Respondent shall

not: (a) share in any legal fees arising from clients or cases referred by him during the period of suspension to any other lawyer or (b) share in any legal fees earned for services by others during such period of suspension. The Respondent also shall be prohibited from having any contact with clients or prospective clients or witnesses or prospective witnesses when acting as a paralegal, legal assistant, or law clerk under the supervision of a member of the Delaware Bar.

(3) The Office of Disciplinary Counsel shall file a petition in the Court of Chancery for the appointment of a Receiver of the Respondent's law practice under DLRDP Rule 24, and the Receiver shall provide notice to clients, adverse parties, and others as required by Rule 23.

(4) The Receiver shall make such arrangements as may be necessary to protect the interest of any of the Respondent's clients and the public. The Respondent shall cooperate in all respects with the Receiver, including providing the Receiver with all of the Respondent's law office books and records.

(5) This Order shall be made public.

BY THE COURT:

*/s/ Collins J. Seitz, Jr.*
Justice

2